IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 26, 2014 |
| Court Reporter: Gwen Daniel | Probation: Laura Ansart |
| | Interpreter: Susana Cahill |

_____

| | |
|---|---|
| Criminal Action No.   13-cr-00130-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Robert Brown |
|      Plaintiff, | |
| v. | |
| 2.   GRISELDA TREVINO DE VALENZUELA,<br>a.k.a. Blanca Rodriguez<br>a.k.a. Jennifer Ruth Martinez-Centeno<br>a.k.a. Alma Patricia Robles<br>a.k.a. Alma Trevino | Marc Milavitz |
|      Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:04 p.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

**ORDERED:   There being no objection to the Motion, the Government's Motion to Dismiss Counts One And Three Of The Indictment [97] is GRANTED. Counts One And Three Of The Indictment are dismissed as to Defendant Griselda Trevino de Valenzuela only.**

Sentencing Statement (by Mr. Brown)

Sentencing Statement (by Mr. Milavitz)

Defendant's Allocution

**ORDERED:   The Government's Motion for Downward Departure Pursuant to USSG Section 5K1.1 is DENIED AS MOOT.**

Defendant plead guilty to Count Two of the Indictment on November 19, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Griselda Trevino De Valenzuela, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.**

**The defendant's custodial sentence has been satisfied as of the date of sentencing.**

**ORDERED:   No period of supervised release shall be imposed. The defendant is advised that if she re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, she may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because it is likely that the defendant will be removed from this country at the conclusion of her custodial sentence.**

**The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** **Defendant's bond is EXONERATED.**

03:27 p.m.   Court in Recess
             Hearing concluded
             Time: 23 minutes