IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 13-cr-00130-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     GRISELDA TREVINO DE VALENZUELA,
    a.k.a. Blanca Rodriguez
    a.k.a. Jennifer Ruth Martinez-Centeno
    a.k.a. Alma Patricia Robles
    a.k.a. Alma Trevino,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Griselda Trevino De Valenzuela is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 26 day of February 2014.

BY THE COURT

Judge William J. Martínez
United States District Judge